**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA,

                Plaintiff(s),        Case No. 2:14-cr-0238-GEB

v.

ARTURO ALCAZAR-TAPIA,
                Defendant(s).

I, __JULIAN ELIZABETH TREJO,_____,

attorney for _ARTURO ALCAZAR-TAPIA_,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | TREJO LAW OFFICES |
| Address: | P.O. BOX 1338 |
| | |
| City: | MERCER ISLAND |
| State: | WA   ZIP Code: 98040 |
| Voice Phone: | ( 206 ) 275-0811 |
| FAX Phone: | (206) 232-0494 |
| Internet E-mail: | Julian@trejolawoffices.com |
| Additional E-mail: | |
| I reside in City: | Mercer Island   State: WA |

I was admitted to practice in the   Washington State Supreme Court  (court) on   11/7/1997   (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Michael Scott Jarvis

Firm Name:   Law Office of Michael Jarvis

Address:     P.O. BOX 1971

             _____

City:        Weaverville

State:       CA     ZIP Code: 96093

Voice Phone: (530) 784-9053

FAX Phone:   (       )

E-mail:      1seagull@newdaybb.net

Dated:   8/11/14        Petitioner:  /s/Michael S. Jarvis

**ORDER**

    IT IS SO ORDERED.

Dated:  August 28, 2014

_____<br>
KENDALL J. NEWMAN<br>
UNITED STATES MAGISTRATE JUDGE