Julian Elizabeth Trejo
TREJO LAW OFFICES
P.O. BOX 1338
Mercer Island, WA 98040
(206) 275-0811

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00238-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ARTURO ALCAZAR-TAPIA, | DATE: April 1, 2015 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Christiaan H. Highsmith, Assistant United States Attorney, and Julian Elizabeth Trejo, counsel for Defendant Arturo Alcazar-Tapia, that the hearing on Judgment and Sentence currently set for April 3, 2015, be vacated and reset for June 12, 2015 at 9:00 a.m.

The continuance of the Judgment and Sentence is necessary because defense counsel participated in a PSR interview on March 5, 2015 and needs additional time for the USPO to complete the PSR and to file the PSR objections timely.

Dated: March 31, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ CHRISTIAAN H.HIGHSMITH
CHRISTIAAN H.HIGHSMITH
Assistant United States Attorney

TREJO LAW OFFICES
/s/ Julian E. Trejo
Julian E. Trejo
Counsel for Defendant
Arturo Alcazar-Tapia

### [PROPOSED] FINDINGS AND ORDER

The court having reviewed the records and files herein and considered the stipulation of the parties,  IT IS HEREBY ORDERED

1. The Stipulation for a continuance of Judgment and Sentence is GRANTED. The sentencing presently set for April 3, 2015 is hereby continued to June 12, 2015 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  March 31, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge