Julian Elizabeth Trejo
TREJO LAW OFFICES
P.O. BOX 1338
Mercer Island, WA 98040
(206) 275-0811

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARTURO ALCAZAR-TAPIA,<br><br>                    Defendants. | CASE NO.  2:14-CR-00238-GEB<br><br>STIPULATION REGARDING CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 7, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Christiaan H. Highsmith, Assistant United States Attorney, and Julian Elizabeth Trejo, counsel for Defendant Arturo Alcazar-Tapia, that the hearing on Judgment and Sentence currently set for August 7, 2015, be vacated and reset for September 11, 2015 at 9:00 a.m.

The continuance of the Judgment and Sentence hearing is necessary because the defense counsel needs additional time to address issues with the PSR.  Defense counsel's computer hard drive crashed. She is working diligently to secure a new copy of the PSR.  The additional time requested is necessary in the interest of justice and to protect all of the defendant's rights.

Dated:  August 4, 2015                                        BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                                               /s/ CHRISTIAAN H.HIGHSMITH
                                                                              CHRISTIAAN H.HIGHSMITH
                                                                              Assistant United States Attorney

Dated: August 4, 2015                           TREJO LAW OFFICES
                                                /s/ Julian E. Trejo
                                                Julian E. Trejo
                                                Counsel for Defendant
                                                Arturo Alcazar-Tapia

## [PROPOSED] FINDINGS AND ORDER

The court having reviewed the records and files herein and considered the stipulation of the parties,  IT IS HEREBY ORDERED

   1.   The Stipulation for a continuance of Judgment and Sentence is GRANTED. The sentencing presently set for August 7, 2015 is hereby continued to September 11, 2015 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: August 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge